

# INVOICE

IRS - 34-2028648

Remit to: EFI Global, Inc
P.O. Box 7247-7273
Philadelphia, PA 19170-7273

Property Claims
STATE FARM INSURANCE
108 TOWN PARK DRIVE
KENNESAW GA 30144



| G | | | | Terms: Net 30 Days | Invoice Number 02 6781158917 |
|---|---|---|---|---|---|
| 03 Billing Type 1 | 04 File Number 9834004063 | 05 Customer Code 418011 | | 06 Product Code K55 | 07 Invoice Date 7/19/2006 |
| 08 Your File Number Claim #: 11-L182-972 | | | | 09 Date of Occur 2/10/2006 | 10 Date Assigned 2/24/2006 |
| 11 Electrical Evaluation, Stephen Wiggins | | | | | |

PROFESSIONAL SERVICES:

Services .................................................................................................... 3,422.50

Expenses .................................................................................................... 453.40

Total .......................................................................................................... 3,875.90

| 12 Office Exp | 13 Misc. Exp | 14 Services | 15 Sub Total | 16 Taxes | Total Invoice 17 |
|---|---|---|---|---|---|
| $0.00 | $453.40 | $3,422.50 | $3,875.90 | $0.00 | $3,875.90 |



George J. Varemian, PE
Electrical Engineer

4400 International Blvd
Suite B-118
Norcross, GA 30093
Tf: 1-800-243-9501
Tel: 770-925-9800
Fax: 770-925-9848

www.efiglobal.com

Mobile: 404-931-4493
george.varemian@efiglobal.com

**EXHIBIT C** (tabbies)

# EFI Global, Inc.

**Invoice Detail**

| | |
|---|---|
| Our Job Number | 9834004063 |
| Invoice Number | 6781158917 |

Administrative Support
    1 Hours @ $40.00/Hour     $ 40.00

Electrical Engineer
    20.5 Hours @ $165.00/Hour     $ 3,382.50

EXPENSES

Other Expenses     $ 300.00
Photos / Video Reproduction     $ 40.00
Travel     $ 113.40

Total     $ 3,875.90